

# United States District Court
# Eastern District of California

| Buena Vista Rancheria of Me-Wuk Indians |
|---|

Plaintiff(s)

Case Number: 2:23-cv-00168-CKD

V.

| Pacific Coast Building Products, Inc., et al. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Bree Black Horse__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Buena Vista Rancheria of Me-Wuk Indians

On __January 27, 2017__ (date), I was admitted to practice and presently in good standing in the __USDC, Western District of Washington__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __03/16/2023__      Signature of Applicant: /s/ __Bree Black Horse__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Bree Black Horse |
| Law Firm Name: | Kilpatrick Townsend & Stockton, LLP |
| Address: | 1420 Fifth Avenue, Suite 3700 |
| City: | Seattle   State: WA   Zip: 98101 |
| Phone Number w/Area Code: | (206) 516-3080 |
| City and State of Residence: | Seattle, Washington |
| Primary E-mail Address: | brblackhorse@kilpatricktownsend.com |
| Secondary E-mail Address: | rhorst@kilpatricktownsend.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kendra Chapman |
| Law Firm Name: | Kilpatrick Townsend & Stockton, LLP |
| Address: | Two Embarcadero Center, Suite 1900 |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 576-0200   Bar #: 294030 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 17, 2023

*/s/ Caroline H. Delaney*
JUDGE, U.S. DISTRICT COURT