1  KILPATRICK TOWNSEND & STOCKTON LLP
   KENDRA C. CHAPMAN (State Bar No. 294030)
2  Two Embarcadero Center, Suite 1900
   San Francisco, CA 94111
3  Telephone:    415.576.0200
   Facsimile:    415.576.0300
4  *Attorneys for Plaintiff*

5  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
6    Including Professional Corporations
   JEFFREY J. PARKER, Cal. Bar No. 155377
7  TARYN Q. McPHERSON, Cal. Bar No. 329461
8  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
9  Telephone:    213.620.1780
   Facsimile:    213.620.1398
10 E mail    jparker@sheppardmullin.com
             TMcPherson@sheppardmullin.com
11 *Attorneys for Defendants*

12                 UNITED STATES DISTRICT COURT

13        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BUENA VISTA RANCHERIA OF ME-WUK INDIANS, a federally recognized Indian tribe, | Case No. 2:23-cv-00168-WBS-CKD |
| | *Assigned to: Hon. William B. Shubb* |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS** |
| PACIFIC COAST BUILDING PRODUCTS, INC., a California Corporation, PCBP PROPERTIES, INC., a Nevada corporation, and H.C. MUDDOX, a corporate subsidiary of Pacific Coast Building Products, Inc., | Date:      May 1, 2023<br>Time:      1:30 p.m.<br>Courtroom:  5 |
| Defendants. | Complaint filed: Jan. 27, 2023 |

-1-

SMRH:4875-0210-1848                          Case No. 2:23-cv-00168—WBS-CKD
                    STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING

Pursuant to Eastern District Local Rules 143 and 230, Plaintiff BUENA VISTA RANCHERIA OF ME-WUK INDIANS ("Plaintiff") and Defendants PACIFIC COAST BUILDING PRODUCTS, INC., PCBP PROPERTIES, INC., and PABCO CLAY PRODUCTS, LLC, d/b/a H.C. Muddox, erroneously named as H.C. MUDDOX ("Defendants"), through their undersigned counsel, respectfully submit this Stipulation requesting continuance of the hearing on Defendants' Motion to Dismiss from the currently scheduled date of May 1, 2023 to June 12, 2023, at 1:30 p.m.  This stipulation is based on the following recitals:

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's complaint on March 15, 2023 (Dkt. 8);

WHEREAS, this case was reassigned to the Honorable Senior Judge William B. Shubb on March 20, 2023 (Dkt. 14);

WHEREAS, pursuant to the Clerk's Notice of Reassignment of this action (Dkt. 14), the Court entered a Minute Order scheduling the hearing on Defendants' Motion to Dismiss for May 1, 2023, at 1:30 p.m. (Dkt. 18);

WHEREAS, Defendants' lead trial counsel Jeffrey Parker will be out of the country on a pre-paid trip on the date set for the hearing, but is available on June 12, 2023;

WHEREAS, the parties have reviewed the Court's available civil law and motion dates, contacted the Court's Clerk, met and conferred regarding availability of all parties' counsel, and agreed subject to Court approval to continue the hearing on Defendants' Motion to Dismiss to June 12, 2023, at 1:30 p.m.;

IT IS STIPULATED by the parties, subject to Court approval, that the hearing on Defendants' Motion to Dismiss be continued to June 12, 2023, at 1:30 p.m.

THEREFORE, the parties respectfully request that the Court continue the hearing on Defendants' Motion to Dismiss to June 12, 2023, at 1:30 pm.

Dated: March 20, 2023   KILPATRICK TOWNSEND & STOCKTON LLP
By: */s/ KENDRA C. CHAPMAN (as authorized on 3/20/23)*
KENDRA C. CHAPMAN
Attorneys for Plaintiff

Dated: March 20, 2023   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
By:   */s/ JEFFREY J. PARKER*
JEFFREY J. PARKER
TARYN Q. McPHERSON
Attorneys for Defendants

**IT IS SO ORDERED:  T**he hearing on Defendants' Motion to Dismiss (Docket No. 8) is continued to June 12, 2023, at 1:30 pm.

Dated:  March 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE